IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:96CR8 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CHARLES THOMAS DAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 125), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Charles Thomas Dawson only.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 125) is granted.

Dated this 6th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge